UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ISRAEL RODRIGUEZ, individually and on
behalf of others similarly situated,

           Plaintiff,

v.

6 SOUTH BROADWAY CORP doing business
as RIVER CITY GRILLE and ROBERT
MANZI,
           Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 7438 (VB)

2/2/22

The Court has been advised that the parties have reached a settlement in this FLSA case.

By March 2, 2022, counsel shall submit an application for approval of the settlement, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated: February 2, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge